IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR J. MADEJA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 17-934 |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of | : | |
| Social Security, | : | |
| Defendant. | : | |

**ORDER**

C. DARNELL JONES, II, J.

AND NOW, this 18 day of March, 2019, upon careful and independent consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 15), Defendant's Response thereto (Doc. No. 18), Plaintiff's Reply (Doc. No. 19), the administrative record (Doc. Nos. 20, 21) and the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (Doc. No. 22), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. Plaintiff's Request for Review is DENIED; and
3. The Clerk of the Court is DIRECTED to close this case for statistical and all purposes.

BY THE COURT:

C. DARNELL JONES, II, J.